UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEWEY AUSTIN BARNETT II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01206-JSD |
| | ) | |
| ANDREW FOX, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis* on appeal and his motion to appoint counsel to represent him in his appellate proceedings. ECF Nos. 9 & 14. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. *See* ECF No. 5; 28 U.S.C. § 1915(a)(3). It is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion to proceed *in forma pauperis*. Further, this Court does not appoint appellate counsel. Plaintiff may move for the appointment of counsel in the United States Court of Appeals for the Eighth Circuit.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel [ECF No. 9] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 14] is **DENIED**.

Dated this 10th day of December, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE